50 · 389
147   680

### THE PEOPLE v. HENRY PARKHURST.

*Excessive sentence.*

A sentence of imprisonment exceeding the limit allowed by statute can be reversed only for the excess (Comp. L. § 7998), but if on reversal, the proper time has already expired he is entitled to an immediate discharge.

Error to Muskegon.   (Russell, J.)   April 18.—April 18.

EMBEZZLEMENT.   Respondent was convicted.   Affirmed in part.

Attorney General *Jacob J. Van Riper* for the People.

*Cook, DeLong & Fellows* for respondent.

PER CURIAM.   The defendant is in confinement in the House of Correction at Ionia, under a sentence for one year, for an offense the punishment of which by statue can be for three months only.   Under the statute (Comp. L. § 7998) the judgment should be reversed for the excess only ; but as three months have now expired, the defendant is entitled to an immediate discharge.

Ordered accordingly.